UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JASON W. SNYDER,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY;<br><br>    Defendant. | 4:25-CV-04062-VLD<br><br><br>ORDER ON MOTION FOR ATTORNEYS' FEES AND COSTS (DOCKET NO. 22) |

Pending is plaintiff's motion for attorneys' fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  Docket No. 22.  Although this motion is captioned as a motion for attorney's fees and expenses, the court notes that plaintiff seeks only attorney's fees, no expenses.  Id.  The itemization plaintiff provides in support of his motion does not contain South Dakota sales tax on attorney's fees as an expense nor does it request reimbursement for the filing fee in this matter as an expense.  See Docket No. 22 & 22-1.  The Commissioner does not object to plaintiff's request for fees.  See Docket No. 23.  Accordingly, it is hereby

ORDERED that plaintiff's motion is granted.  Plaintiff is awarded EAJA attorney's fees in the total amount of $6,077.94 to be paid by the Social Security Administration.  Funds shall be made payable to plaintiff, but sent to plaintiff's counsel after it has been determined there is no offset owed to the government by Jason W. Snyder, or after such offset has been subtracted.  It is further

ORDERED that Jason W. Snyder and his attorney shall pay any unpaid balance of the $350 filing fee in this court upon receipt of the attorney's fee award

granted above.  See Docket No. 21 (order granting IFP status but requiring filing fee to be paid if attorney's fees are awarded).

DATED February 24, 2026.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge